RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ben_Nemec@fd.org
Attorney for Sergio Ordaz-Lopez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:22-mj-00992-DJA |
| Plaintiff, | |
| v. | **Stipulation for an Order Directing Probation to Prepare a Criminal History Report** |
| SERGIO ORDAZ-LOPEZ, aka "Sergio Lopez Oredaz," aka "Erick Roman Colina-Arriaga," aka "Erick Roman Colinaarriaga," aka "Sergio Lopez-Ordez," aka "Sergio Michael Ordas," aka "Sergio Ordaz Lopez," aka "Fernando Rios Navarro," | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Defendant, Sergio Ordaz-Lopez**,** that the Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal history. This stipulation is entered into for the following reasons:

1. The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has extended to the defendant a plea offer in which the parties would agree to jointly request an expedited sentencing immediately after the defendant enters a guilty plea.

2. The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance when charged by indictment.

3. The U.S. Probation Office informs the government that it would like to begin obtaining the criminal history of defendants eligible for the early disposition program as soon as possible after their initial appearance so that the Probation Office can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4. Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 10th day of January, 2023.

Respectfully submitted,

RENE L. VALLADARES  
Federal Public Defender

/s/ Benjamin F. J. Nemec  
Benjamin F. J. Nemec  
Assistant Federal Public Defender  
Counsel for Defendant

JASON M. FRIERSON  
United States Attorney

/s/ Kimberly M. Frayn  
KIMBERLY M. FRAYN  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>SERGIO ORDAZ-LOPEZ,<br> aka "Sergio Lopez Oredaz,"<br> aka "Erick Roman Colina-Arriaga," aka "Erick Roman Colinaarriaga," aka "Sergio Lopez-Ordez,"<br> aka "Sergio Michael Ordas," aka "Sergio Ordaz Lopez," aka "Fernando Rios Navarro,"<br><br>   Defendant. | Case No. 2:22-mj-00992-DJA<br><br>[~~Proposed~~] **Order Directing Probation to Prepare a Criminal History Report** |

  Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

  IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

  DATED this 11th day of January, 2023.

                     _____
                     HONORABLE DANIEL J. ALBREGTS
                     UNITED STATES MAGISTRATE JUDGE